# Exhibit 1

CM/ECF Query Reports Utilities Help Log Out

Cait Henderson, [illegible]

U.S. District Court
NORTHERN DISTRICT OF OHIO (Youngstown)
CIVIL DOCKET FOR CASE #: 4:22-cv-01532-BYP

Kung v. Democratic National Committee et al
Assigned to: Judge Benita Y. Pearson
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 08/30/2022
Date Terminated: 12/06/2022
Jury Demand: None
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**
**Kin Wah Kung**

represented by Kin Wah Kung
4411 Elasso Common
Fremont, OH 94536 5626
PRO SE

V.

**Defendant**
**Democratic National Committee**

represented by **J. Corey Colombo**
McTigue & McGinnis
545 East Town Street
Columbus, OH 43215
614-263-7000
Fax: 614-263-7078
Email: ccolombo@electionlawgroup.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ohio Democratic Party**

represented by J. Corey Colombo
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott M. Hubay**
Hubay Dougherty
2125 West 41st Street
Cleveland, OH 44113
216-252-6752
Email: scott@hubaydougherty.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Biden for President, Inc**

represented by **J. Corey Colombo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Tim Ryan for Ohio, Inc.**

represented by **J. Corey Colombo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Timothy John Ryan**

represented by **J. Corey Colombo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Does 1 through 100**

represented by J. Corey Colombo
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2022 | 1 | **Complaint** against Biden for President, Inc., Democratic National Committee, Does 1 through 100, Ohio Democratic Party, Timothy John Ryan, Tim Ryan for Ohio, Inc. Filing fee paid $402.00, Receipt # [illegible]. Filed by Kin Wah Kung. (Attachments: # 1 Civil Cover Sheet, # 2 Declination to Magistrate Judge Jurisdiction, # 3 Envelope, # 4 Exhibit 1-Text Message dated May 16, # 5 Exhibit 2-Text Message dated April 20, # 6 Corrected Complaint) (FAW) (Entered: 08/30/2022) |
| 08/30/2022 | | Judge Benita Y. Pearson assigned to case. (FAW) (Entered: 08/30/2022) |
| 08/30/2022 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge Carmen E. Henderson. (FAW) (Entered: 08/30/2022) |
| 08/30/2022 | 2 | **Motion** for Permission for Electronic Case Filing filed by Plaintiff Kin Wah Kung. (FAW) (Entered: 08/30/2022) |
| 09/06/2022 | 3 | Supplement - page 2 Civil Cover Sheet filed by Kin Wah Kung. Related document(s) 1. (Attachments: # 1 Cover Letter, # 2 Envelope)(LBy) (Entered: 09/06/2022) |
| 09/06/2022 | 4 | Notice of a Lawsuit and Request to Waive Service of a Summons filed by Kin Wah Kung. (Attachments: # 1 Cover Letter, # 2 Envelope)(LBy) (Entered: 09/06/2022) |
| 10/18/2022 | 5 | Waiver of Service Returned Executed by Kin Wah Kung. Biden for President, Inc. waiver sent on 8/31/2022, answer due 10/31/2022; Democratic National Committee waiver sent on 8/31/2022, answer due 10/31/2022. Filed on behalf of Kin Wah Kung. (Attachments: # 1 Cover Letter, # 2 Envelope)(McK) (Entered: 10/18/2022) |
| 10/18/2022 | 6 | Praecipe for issuance of Original Summons filed by Kin Wah Kung. (Attachments: # 1 Envelope) (McK) (Entered: 10/18/2022) |
| 10/18/2022 | 7 | Original Summons issued to Pro Se Plaintiff for service upon Ohio Democratic Party. (McK) (Entered: 10/18/2022) |
| 10/18/2022 | 8 | Original Summons issued to Pro Se Plaintiff for service upon Timothy John Ryan. (McK) (Entered: 10/18/2022) |
| 10/18/2022 | 9 | Original Summons issued to Pro Se Plaintiff for service upon Tim Ryan for Ohio, Inc. (McK) (Entered: 10/18/2022) |
| 10/18/2022 | | Copy of issued summons for Ohio Democratic Party, Timothy John Ryan and Tim Ryan for Ohio, Inc. mailed to Pro Se Plaintiff. (McK) (Entered: 10/18/2022) |
| 11/02/2022 | 10 | Joint Proposed Stipulation to *Extend Time for Defendants to Respond to Complaint* filed by All Defendants. (Colombo, J.) (Entered: 11/02/2022) |
| 11/07/2022 | | **Order** [non-document] granting as requested the parties' 10 Joint Proposed Stipulation to Extend Time for Defendants Democratic National Committee and Biden for President, Inc. to Respond to Complaint until 12/7/2022. Judge Benita Y. Pearson on 11/7/2022. (LG) (Entered: 11/07/2022) |
| 11/07/2022 | | Copy of NEF for 11/7/2022 Order (non-document) mailed to Plaintiff Kin Wah Kung, 4411 Elasso Common, Fremont, OH 94536-5626 on 11/7/2022. (LG) (Entered: 11/07/2022) |
| 12/05/2022 | 11 | Attorney Appearance by Scott M. Hubay filed by on behalf of Ohio Democratic Party. (Hubay, Scott) (Entered: 12/05/2022) |
| 12/05/2022 | 12 | Joint Proposed Stipulation *of Voluntary Dismissal with Prejudice* filed by All Defendants. (Colombo, J.) (Entered: 12/05/2022) |
| 12/06/2022 | 13 | **Stipulation and Order** approving the parties' 12 Joint Proposed Stipulation of Voluntary Dismissal with Prejudice. Judge Benita Y. Pearson on 12/6/2022. (LG) (Entered: 12/06/2022) |
| 12/06/2022 | | Copy of 13 Stipulation and Order mailed to Plaintiff Kin Wah Kung, 4411 Elasso Common, Fremont, OH 94536-5626 on 12/6/2022. Related document(s) 13. (LG) (Entered: 12/06/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| [illegible] | | | |
| PACER Login: | [illegible] | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:22-cv-01532-BYP |
| Billable Pages: | [illegible] | Cost: | [illegible] |

Exhibit 2

9:45
83%
(877) 406-5590
Tuesday, Aug 6 • 12:31 PM
It's Kamala Harris. I'm pleased to share that I've made my decision: Minnesota Governor Tim Walz will join our campaign as my running mate.
Tim is a battle-tested leader who has an incredible track record of getting things done for Minnesota families. I know that he will bring that same principled leadership to our campaign, and to the office of the vice president.
Now, would you pitch in $30 to welcome Tim to our ticket and support Democrats nationwide? We are relying on your immediate support to defeat Donald Trump and JD Vance.
https://secure.actblue.com/donate/p2p-240806-kvau?refcode=misc_4_fl
It means the world to me, to Tim, and to our families to have you in our corner.
Text message
9:45
83%
(877) 406-5590
Governor Tim Walz will join our campaign as my running mate.
Tim is a battle-tested leader who has an incredible track record of getting things done for Minnesota families. I know that he will bring that same principled leadership to our campaign, and to the office of the vice president.
Now, would you pitch in $30 to welcome Tim to our ticket and support Democrats nationwide? We are relying on your immediate support to defeat Donald Trump and JD Vance.
https://secure.actblue.com/donate/p2p-240806-kvau?refcode=misc_4_fl
It means the world to me, to Tim, and to our families to have you in our corner.
– Kamala
Text STOP to quit
Text message

Exhibit 3

9:46
83%
(877) 406-5590
Wednesday, Aug 21 • 10:47 AM
Folks, it's Barack Obama.
Last night at the Democratic National Convention I spoke about the choice we all face in this election and why we must put in the work to elect Vice President Kamala Harris.
Here's what it comes down to: Your vote is a powerful expression of trust.
Trust that our leaders uphold our Constitution, not circumvent it. That they defend our democracy, not undermine it. That they protect our freedoms, not take them away. That they focus on bringing people together, instead of tearing them apart.
I am asking you to place your trust in Kamala Harris and claim a stake in this important fight.
Will you donate $40 right now to support
Text message
9:46
83%
(877) 406-5590
Kamala Harris.
Here's what it comes down to: Your vote is a powerful expression of trust.
Trust that our leaders uphold our Constitution, not circumvent it. That they defend our democracy, not undermine it. That they protect our freedoms, not take them away. That they focus on bringing people together, instead of tearing them apart.
I am asking you to place your trust in Kamala Harris and claim a stake in this important fight.
Will you donate $40 right now to support Kamala and Tim's campaign and Democrats nationwide to fulfill the promise of America?
https://secure.actblue.com/donate/p2p-240821-bou?refcode=misc_4_fl
Text STOP to quit
Text message

Exhibit 4

9:46
83%
(877) 406-5590
Friday, Aug 23 • 12:25 PM
Kamala Harris here. It is the honor of my lifetime to formally accept your nomination as the Democratic candidate for President of the United States.
I'm running to be president for all Americans -- but it is going to take all of us, and I mean all of us -- doing our part to win in November.
If you're with me, make a donation to our campaign and our party now: https://secure.actblue.com/donate/p2p-240823-khpku?refcode=misc_4_fl
Text STOP to quit
Tuesday, Sep 10 • 4:52 PM
Folks, it's Doug. I wanted to reach out before Kamala takes the stage to debate Trump tonight.
I don't have to tell you what you already
Text message

Exhibit 5

9:46
83%
(877) 406-5590
Tuesday, Sep 10 • 4:52 PM
Folks, it's Doug. I wanted to reach out before Kamala takes the stage to debate Trump tonight.
I don't have to tell you what you already know: She is ready.
There is such a clear contrast between Kamala and Trump, and I can't wait for millions of people to see the split screen in real time.
It's simple: Kamala is going to be talking about moving us forward. Trump is going to lie and talk about himself.
Kamala will lead with the belief that we're strongest when we fight for what we believe in -- not against what we fear. But she needs this team by her side, especially tonight.
So I have to ask: Will
support Kamala
and Democrats all ac
the nation by
Text message
9:47
83%
(877) 406-5590
millions of people to see the split screen in real time.
It's simple: Kamala is going to be talking about moving us forward. Trump is going to lie and talk about himself.
Kamala will lead with the belief that we're strongest when we fight for what we believe in -- not against what we fear. But she needs this team by her side, especially tonight.
So I have to ask: Will you support Kamala and Democrats all across the nation by chipping in $40 or even just $5 before tonight's debate? It'd mean so much to Kamala and me.
https://secure.actblue.com/donate/p2p-240910-depdu?refcode=misc_8_fl
Thank you so much. We only have 56 days left. Let's help her win this thing.
Text STOP to quit
Text message

Exhibit 6

9:47
83%
(877) 406-5590
Tuesday, Sep 24 • 12:13 PM
we are personally inviting
We'll fly you out!
Folks, as one of Vice President Harris's top supporters, we wanted to make sure you didn't miss out on this once-in-a-lifetime opportunity:
YOU could win an all-expenses-paid trip to join Kamala and Tim on the campaign trail -- and you'll get to snap a photo with the future President and Vice President!
All you have to do is chip in $40 before
Text message
9:47
83%
(877) 406-5590
We'll fly you out!
Folks, as one of Vice President Harris's top supporters, we wanted to make sure you didn't miss out on this once-in-a-lifetime opportunity:
YOU could win an all-expenses-paid trip to join Kamala and Tim on the campaign trail -- and you'll get to snap a photo with the future President and Vice President!
All you have to do is chip in $40 before midnight to get your name in the running:
https://secure.actblue.com/donate/p2p-240924-cwtcu?refcode=misc_4_fl
Harris-Walz HQ
Text STOP to quit
Tap to lo iew
Text message

Exhibit 7

9:47
82%
(877) 406-5590
Friday, Sep 27 • 11:25 AM
I am going to ask you to make a contribution of $40 today. Let me explain why.
Our campaign's next FEC filing deadline is in just three days.
Soon, we will report our total fundraising for the month and how many individual donors have joined our grassroots
Text message
9:48
82%
(877) 406-5590
Soon, we will report our total fundraising for the month and how many individual donors have joined our grassroots movement. We've set a goal to collect a few more contributions from your area by midnight on September 30, but we are coming up a bit short.
Folks, as one of my most dedicated supporters, I am asking you directly to power our efforts.
Will you make a $40 contribution to our campaign and Democrats nationwide today?
https://secure.actblue.com/donate/p2p-240927-khsdu?refcode=misc_7_fl
Thanks and take care,
Kamala Harris
Text STOP to quit
Text message



Exhibit 8

9:48
(302) 273-1379
Folks, it's Kamala.
I am reaching out to ask you to make a donation to my campaign before our final end-of-month fundraising deadline comes to an end. Let me explain why:
As you read this, Trump and his right-wing allies are outspending us on ads attacking my character in crucial swing states like Pennsylvania, Georgia, and North Carolina. States that we need to win.
I do not lose sleep over what an unhinged and unstable man thinks about me. What does keep me up at night is what is at stake in this election and the thought of undecided voters seeing his hate-fueled message before we have a chance to correct the record.
We can and must reach these voters -- and that takes significant resources. So, I am coming to you directly.
It looks like you are still waiting for the best moment to donate to our campaign. Will you make today the day you represent your community and chip in your $47 or $94 before our final end-of-month deadline?
https://secure.actblue.com/donate/p2p-241030-khpeu?refcode=misc_7_fl
Text STOP to quit
Text message



Exhibit 9

9:49
82%
(302) 273-1379
Thursday, Oct 31 • 3:56 PM
The reality is that to win this race, we need more resources
Folks, it's Kamala Harris. I am turning to you because you are among my most dedicated supporters.
Here's the truth: The polls have tightened, the attack ads have intensified, and tonight marks the final end-of-month deadline of this election.
I know it might seem like giving $5 or $50 with so little time left won't make a difference, but we need you.
Text message
9:49
82%
(302) 273-1379
end-of-month deadline of this election.
I know it might seem like giving $5 or $50 with so little time left won't make a difference, but we need you.
Every dollar will be put straight to use turning out voters.
So, I am asking you directly to make your contribution today to help our campaign defeat Donald Trump and help elect Democrats across the country:
https://secure.actblue.com/donate/p2p-241031-khfdu?refcode=misc_7_fl
Thank you for reading, and thank you for your generous support.
Text STOP to quit
Tap to load preview
3:56 PM
Text message