UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIN WAH KUNG**<br><br>        Plaintiff,<br><br>vs.<br><br>**DEMOCRATIC NATIONAL COMMITTEE, OHIO DEMOCRATIC PARTY, BIDEN FOR PRESIDENT, INC., BFPCC, INC. d/b/a HARRIS FOR PRESIDENT, ACTBLUE CHARITIES, INC., ACTBLUE CIVICS, INC., ACTBLUE LLC, ACTBLUE TECHNICAL SERVICES, INC., JOSEPH ROBINETTE BIDEN JR., DOUGLAS CRAIG EMHOFF, KAMALA DEVI HARRIS, BARACK HUSSEIN OBAMA II, DOES 1 THROUGH 100,**<br><br>        Defendants. | Case Number: C 24-03459 TNM<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURTS:**

      **PLEASE TAKE NOTICE** Plaintiff Kin Wah Kung ("Plaintiff"), Defendants Democratic National Committee, Ohio Democratic Party, Biden for President, Inc., BFPCC, Inc. d/b/a Harris for President, Joseph Robinette Biden Jr., Douglas Craig Emhoff, Kamala Devi Harris, and Barack Hussein Obama II (collectively as "Settling Defendants") have reached a settlement in the above caption case.

1

**ATTESTATION OF CONCURRENCE IN FILING**

Plaintiff attests that Attorney for Settling Defendants, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 4, 2025

Respectfully submitted,

*/s/ Kin Wah Kung*_____
KIN WAH KUNG
4411 Elaiso Common
Fremont, CA 94536-5626
Phone: 415-637-8146
garykung@prodigy.net

*Plaintiff In Pro Per*

*/s/ John M. Devaney*_____
John M. Devaney * (Bar No. 375465)
*Counsel of Record*
Perkins Coie
700 13th Street,
N.W. Suite 800
Washington, D.C. 20005
(202) 434-1624
jdevaney@perkinscoie.com
*Attorney for Democratic National Committee; Ohio Democratic Party; Biden for President, Inc.; BFPCC, d/b/a Harris for President; Joseph R. Biden, Jr.; Kamala D. Harris; Barack H. Obama; and Douglas C. Emhoff*